| | |
|---|---|
| 1 | CHRISTOPHER CHIOU |
|   | Acting United States Attorney |
| 2 | District of Nevada |
|   | Nevada Bar #14853 |
| 3 | BIANCA R. PUCCI |
|   | Assistant United States Attorney |
| 4 | Nevada Bar #12940 |
|   | 501 Las Vegas Blvd. South, Suite 1100 |
| 5 | Las Vegas, Nevada 89101 |
|   | Phone: (702) 388-6336 |
| 6 | Bianca.Pucci@usdoj.gov |
|   | *Attorneys for the United States of America* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF BLACK MOTOROLA CELL PHONE, MODEL: XT-2005DL IMEI:35815871151347 CURRENTLY LOCATED AND BEING SECURELY STORED WITH THE NORTH LAS VEGAS POLICE DEPARTMENT | Case No.: 2:21-mj-00249-EJY  **Government's Motion to Unseal** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrants filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:21-mj-00283-EJY.

DATED this 5th day of April, 2021.

Respectfully,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF BLACK MOTOROLA CELL PHONE, MODEL: XT-2005DL IMEI:35815871151347 CURRENTLY LOCATED AND BEING SECURELY STORED WITH THE NORTH LAS VEGAS POLICE DEPARTMENT | Case No.: 2:21-mj-00249-EJY  **Order to Unseal** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 5th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE